FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wilfredo Montero, DEFENDANT(S). | CASE NUMBER SA15-467M<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defense counsel**_____, IT IS ORDERED that a detention hearing is set for **SEPTEMBER 16**, 2015, at **10:00** ☒ a.m. / ☒ p.m. before the Honorable **Douglas F. McCormick, United States Magistrate Judge**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **9/10/2015**

_____
**DOUGLAS F. McCORMICK**
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                             Page 1 of 1